1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JEFFREY GERALD JONES,              No. CIV S-97-2167-MCE-CMK

12                Petitioner,            DEATH PENALTY CASE

13          vs.                          <u>ORDER</u>

14    ROBERT L. AYERS, JR.,

15                Respondent.

16    _____/

17          Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  This case proceeds on the amended petition filed

19    on October 30, 2003 (Doc. 55).  Respondent filed his answer on April 30, 2004 (Doc. 61).

20    Respondent's motion to dismiss (Doc. 68) has been resolved and Phase II of this litigation is now

21    complete.  This case will now be set for a Phase III case management conference.  The parties

22    need not file any case management conference statements and may appear by telephone.

23          At the Phase III case management conference, the court will address briefing on

24    the merits of the remaining claims presented in the amended petition.  Merits briefing entails

25    submission by both parties of comprehensive  memoranda of points and authorities addressing

26    the remaining claims.  In preparation for the case management conference, the parties should

1  consider whether the merits of any of the remaining claims can be resolved on the existing record

2  without the need for fact development.  The court will also address briefing on any motions for

3  further factual development (i.e., discovery, record expansion, evidentiary hearing).

4          Accordingly, IT IS HEREBY ORDERED that a Phase III case management

5  conference is set for October 22, 2008, at 10:00 a.m. before the undersigned in Redding,

6  California.

7

8   DATED: October 3, 2008

9

10                                        _____
     **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26