DANIEL J. BRODERICK, Bar #89424
Federal Defender
JOSEPH SCHLESINGER, Bar #87692
HARRY SIMON, Bar #133112
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-6666

Attorneys for Petitioner
JEFFREY G. JONES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY G. JONES,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Warden of<br>San Quentin State Prison,<br><br>    Respondent. | No. CV-97-2167 MCE CMK<br><br>**DEATH PENALTY CASE**<br><br>**STIPULATION FOR APPOINTMENT OF EXPERTS AND PROTECTIVE ORDER AND ORDER**<br><br>**DATE:** October 30, 2008<br>**TIME:** 10:00 a.m.<br>**LOCATION:** Redding Courthouse |

At a status conference held in this action on October 22, 2008, counsel for Petitioner Jeffrey Jones, alleging Mr. Jones' incompetency under *Rohan ex rel. Gates v. Woodford*, 334 F.3d 803 (9th Cir. 2003), announced an intent to have this matter held in abeyance and to initiate such competency proceedings with the filing of a motion supported by expert declaration and other documentary evidence. The Court noted that in the course of the *Gates* incompetency proceedings in *Holt v. Brown*, CV-97-6210 AWI, pursuant to an agreement of the parties, a San Quentin psychiatrist had evaluated Mr. Holt as the Court's expert. This Court directed the parties to confer whether a similar procedure should be followed in this case, with the goal of resolving the competency issue by agreement of the parties or otherwise expediting the Court's determination.

1           Pursuant to the Court's direction, the parties have met and conferred and believe that reports
2    from two members of Mr. Jones' interdisciplinary treatment team, Dr. C.B. Roach, Psy. D., and Dr.
3    Daniel May, M.D., may facilitate settlement by the parties of issue of Mr. Jones' current
4    competence.
5           Accordingly, the parties hereby stipulate and agree as follows:
6           1.      Subject to their willingness to act as experts in this case, Drs. Chris Roach and Dr.
7    May, should be appointed as the Court's experts in this case pursuant to Federal Rule of Evidence
8    706(a).
9           2.      Assuming Dr. Roach and May are willing and able to so serve, they shall provide the
10   Court with separate written reports independently addressing the following question: whether Mr.
11   Jones has the capacity to understand his position, and to communicate rationally with counsel
12   regarding the proceedings, or whether he is suffering from a mental disease, disorder, or defect
13   affecting his capacity. *See Rees v. Peyton*, 384 U.S. 312, 314 (1966); *Rohan ex rel. Gates v.*
14   *Woodford*, 334 F.3d 803, 819 (9th 2003).
15          3.      Following the submission of these reports, the parties shall confer to determine
16   whether they can resolve the issue of Mr. Jones' incompetency and request for stay of proceedings
17   through stipulation.  If the parties are unable to resolve this issue informally, the parties shall retain
18   the right to depose and cross examine Drs. Roach and May, and to call additional expert witnesses of
19   their own selection, as provided for by Federal Rule of Evidence 706(a) and (d).
20          4.      At this time, the parties contemplate the need for a protective order, and both parties
21   have agreed to meet and confer as to order's scope.  If a stipulation cannot be worked out, the parties
22   will inform the Court of the impasse and ask that a briefing schedule be set.  The parties further
23   agree that this issue should be resolved prior to the release of the competency reports.
24
25   ////////
26   ////////
27   ////////
28

|  |  |
|---|---|
| 1 | Respectfully Submitted, |
| 2 |  |
| 3 | Daniel J. Broderick,<br>Federal Defender<br>Joseph Schlesinger |
| 4 | Assistant Federal Defender |

Dated: October 29, 2008        /s/  Joseph Schlesinger
                               Joseph Schlesinger
                               Assistant Federal Defender

Attorneys for Petitioner
Jeffrey G. Jones


Edmund G. Brown, Jr.
Attorney General of the State of California
Dane Gillette
Chief Assistant Attorney General
Michael P. Farrell
Senior Assistant Attorney General
Michael A. Canzoneri
Supervising Deputy Attorney General
Harry Joseph Colombo
Deputy Attorney General

Dated: October 29, 2008        /s/  David Lowe
                               (As authorized on October 29, 1008)
                               David Lowe
                               Deputy Attorney General

Attorneys for Respondent
Robert L. Ayers

IT IS SO ORDERED


 DATED: October 30, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE