IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GERALD JONES, | No. CIV S-97-2167-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT L. AYERS, JR., | |
| Respondent. | |
| _____/ | |

      Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The parties have stipulated to the appointment of experts to evaluate petitioner and prepare reports regarding his current competency, such reports to be prepared by February 2, 2009. The parties have also stipulated to terms of a protective order governing use and/or disclosure of the experts' competency reports. There court hereby sets a status conference for March 5, 2009, at 10:00 a.m., before the undersigned in Redding, California to discuss the parties' meet-and-confer efforts regarding the issue of petitioner's

///

///

///

1 | current competency and stay of proceedings.  The parties may appear telephonically.
2 |        IT IS SO ORDERED.

4 | DATED: November 19, 2008

*signature*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE