1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JOSEPH SCHLESINGER, Bar #87692
   HARRY SIMON, Bar #133112
3  Assistant Federal Defenders
   801 I Street, Third Floor
4  Sacramento, California 95814
   Telephone: (916) 498-6666
5
   Attorneys for Petitioner
6  JEFFREY G. JONES

7

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11

12  JEFFREY G. JONES,              )   No. CV-97-2167 MCE CMK
                                   )
13         Petitioner,             )   **DEATH PENALTY CASE**
                                   )
14  vs.                            )   **STIPULATION FOR PROTECTIVE**
                                   )   **ORDER AND ORDER**
15  ROBERT L. AYERS, Warden of     )
    San Quentin State Prison,      )   DATE: October 30, 2008
16                                 )   TIME:  10:00 a.m.
           Respondent.             )    LOCATION:  Redding Courthouse
17                                 )
                                   )
18                                 )
    _____)
19

20         At a status conference held in this action on October 30, 2008, the parties agreed to the

21  evaluation of Petitioner for competency purposes by Dr. C.B. Roach, Psy. D., and Dr. Daniel May,

22  M.D.  The Court thereafter approved a stipulation and order that called upon Dr. Roach and Dr. May

23  to issue separate written reports on the issue of Petitioner's current competence.  The parties further

24  stipulate as follows:

25         These competency examinations of Petitioner Jeffrey Jones, and any information obtained in

26  connection with his examinations by Drs. Roach and May, shall be used only for the determination

27  of the Mr. Jones' current competency, and for no other purpose.  With the exception of disclosure to

28  any expert that may be retained by either party on the issue of Petitioner's competency, disclosure of

1  the contents of these reports shall not be made by Petitioner or Respondent to any other persons or
2  agencies, including any other law enforcement or prosecutorial personnel or agencies.  No statement
3  made by Mr. Jones in the course of these competency evaluations, no testimony by Drs. Roach and
4  May based upon any such statement, and no other fruits of any such statement shall be offered or
5  admitted into evidence by or against Mr. Jones on any issue other than Mr. Jones' current
6  competency.  This order shall continue in effect after the conclusion of the habeas corpus
7  proceedings and specifically shall apply in connection with all state court proceedings including a
8  retrial of all or any portion of petitioner's criminal case.  Any testimony in this proceeding in which
9  these reports are referred to shall be held in such a way that the contents of these reports shall remain
10 confidential and are not disclosed to any persons but the parties, the court, and necessary court
11 personnel.  Such testimony may be subject to disclosure beyond the limitations stated in this order
12 only upon a prior determination by the Court that specific, identified information is not protected.
13 Such a determination shall be made only after Petitioner or Respondent serves a motion providing
14 notice of the specific information it contends is not protected, and the other party is given an
15 opportunity to object to the use or disclosure of the information.

Respectfully Submitted,

Daniel J. Broderick,
Federal Defender
Joseph Schlesinger
Assistant Federal Defender

Dated: November 13, 2008          /s/  Joseph Schlesinger
                                   Joseph Schlesinger
                                   Assistant Federal Defender

                                   Attorneys for Petitioner
                                   Jeffrey G. Jones


Edmund G. Brown, Jr.
Attorney General of the State of California
Dane Gillette
Chief Assistant Attorney General

|   |   |
|---|---|
| 1 | Michael P. Farrell |
| 2 | Senior Assistant Attorney General |
|   | Michael A. Canzoneri |
|   | Supervising Deputy Attorney General |
| 3 | Harry Joseph Colombo |
|   | Deputy Attorney General |
| 4 |   |

Dated: November 13, 2008      /s/  David Lowe
                             (As authorized on November 13, 2008)
                             David Lowe
                             Deputy Attorney General


                             Attorneys for Respondent
                             Robert L. Ayers

IT IS SO ORDERED


  DATED: November 19, 2008


                             _____
                             **CRAIG M. KELLISON**
                             UNITED STATES MAGISTRATE JUDGE