| | |
|---|---|
| | **IN THE UNITED STATES DISTRICT COURT** |
| | **FOR THE EASTERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| JEFFREY GERALD JONES, | No. CIV S-97-2167-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT L. AYERS, JR., | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Federal Rule of Evidence 706(a), the court has appointed Dr. C.B. Roach, Psy.D., and Dr. Daniel May, M.D., who are both mental health professionals working at San Quentin State Prison, as the court's experts in this case. By letter dated February 11, 2009, the court's staff advised the experts of their duties by providing copies of the court's October 31, 2008, and November 13, 2008, orders. A copy of the February 11, 2009, letter is attached hereto.

///

///

///

1

Upon submission of the experts' reports, copies will be provided to the parties and the court will set a status conference.

IT IS SO ORDERED.

DATED: March 2, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE



# United States District Court
### Eastern District of California
_____

**Chambers of Hon. Craig M. Kellison**
United States Magistrate Judge
2986 Bechelli Lane
Redding, CA 96002
(530) 246-5416
FAX (530) 246-5419

February 11, 2009


Daniel May, M.D.
San Quentin State Prison,
Dep't of Mental Health
San Quentin, CA 94964

      **Re:** <u>**Jones v. Ayers**</u>**, Civ-S-97-2167-MCE-CMK**
            <u>**Psychiatric Evaluation**</u>

Dear Dr. May:

      I would like to thank you and Dr. Roach once again for agreeing to act as the court's experts in this case for purposes of conducting a psychiatric evaluation of Mr. Jones and reporting to the court. Enclosed are copies of two orders – one for your appointment, and the other governing dissemination of your report. The question the court needs answered is as follows:

> Whether Mr. Jones has the capacity to understand his position, and to communicate rationally with counsel regarding the proceedings, or whether he is suffering from a mental disease, disorder, or defect affecting his capacity.

I would appreciate it if you would contact me at your earliest convenience to give me an idea when you will be able to complete your evaluation and submit a report directly to the court.

February 11, 2009
Page 2

In the meantime, if you have any questions, please feel free to contact me directly. I have included my business card for your reference.

Very truly yours,

/s/

J. Erik Stewart