IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GERALD JONES, | No. CIV S-97-2167-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT L. AYERS, JR., | |
| Respondent. | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The status conference set for March 5, 2009, at 10:00 a.m., in Redding, California to discuss the issue of petitioner's current competency is vacated and will be re-set by separate order issued following receipt of the court's experts' reports.

IT IS SO ORDERED.

DATED: March 2, 2009

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE