IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GERALD JONES, | No. CIV S-97-2167-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT K. WONG,[1] | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. There court hereby sets a status conference for May 7, 2009, at 10:00 a.m., before the undersigned in Redding, California to discuss the parties' meet-and-confer efforts regarding the issue of petitioner's current competency and stay of

///

///

///

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Robert K. Wong is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

1

proceedings.  The parties may appear telephonically.

IT IS SO ORDERED.

DATED: April 14, 2009

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE