IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GERALD JONES, | No. CIV S-97-2167-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| ROBERT K. WONG, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. There court hereby sets a continued status conference for August 27, 2009, at 2:00 p.m., before the undersigned in Redding, California to discuss the parties' meet-and-confer efforts regarding the issue of petitioner's current competency and stay of proceedings. The parties may appear telephonically through Court Call.

IT IS SO ORDERED.

DATED: July 8, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1