IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY GERARD JONES,** | Case No. CIV S-97-2167 MCE CMK |
| Petitioner, | **CAPITAL CASE** |
| v. | **ORDER RE: PETITIONER'S MENTAL INCOMPETENCY** |
| **EDDIE YLST, Warden,** | |
| Respondent. | |

Pursuant to the parties' stipulation, and based upon the reports of doctors C.B. Roach, Psy. D., and Daniel May, M.D., two members of Mr. Jones' interdisciplinary treatment team at San Quentin State Prison, and good cause appearing therefor, it is hereby ordered that the proceedings are stayed pursuant to *Rohan ex rel. Gates v. Woodford*, 334 F.3d 803 (9th Cir. 2003), due to Mr. Jones' present incompetence.

The stay shall remain in effect until and unless Mr. Jones is restored to competency. While this stay remains in effect, and on or before the anniversary of the filing of this order, petitioner's counsel shall annually apprise the Court and respondent whether there has been a material change in petitioner's mental condition.

1   The Warden is ordered to provide a copy of Mr. Jones' medical records, inclusive of
2   psychiatric records, to counsel for the parties, as requested by petitioner's counsel, for the
3   preparation of the annual status report.
4   In the event the stay is vacated due to the restoration of Mr. Jones' competency or a
5   material change in the relevant law, and litigation of the habeas corpus proceedings resumes, any
6   declaration that was previously filed in state or federal court, and executed by a mental health
7   expert who is no longer available to testify, may be admitted as the witness's direct testimony in
8   an evidentiary hearing on Mr. Jones' habeas corpus claims.
9   IT IS SO ORDERED.
10   Dated:  August 27, 2009

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE