HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
JOSEPH SCHLESINGER, Bar #87692
HARRY SIMON, Bar #133112
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-6666

Attorneys for Petitioner
JEFFREY G. JONES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY G. JONES,<br><br>                 Petitioner,<br><br>vs.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>                 Respondent. | No. 2:97-cv-02167 MCE CMK<br><br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING UNOPPOSED APPLICATION TO CONTINUE HEARING ON MOTION TO VACATE STAY**<br><br>**Proposed Date:** June 2, 2015<br>**Current Date:** March 4, 2015<br>**Time:** 10:00 a.m.<br>**Magistrate Judge:** Craig M. Kellison |

The Court has read and considered Petitioner's Unopposed Application to Continue Hearing on Motion to Vacate Stay. Petitioner's application is GRANTED. The hearing on Respondent's Motion to Vacate Stay of Federal Habeas Corpus Proceedings (Doc. 121) is continued to 10:00 a.m. on June 24, 2015.

IT IS SO ORDERED.

Dated: February 27, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE