IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GERALD JONES, | 2:97-CV-2167-MCE-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| RON DAVIS, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are: (1) respondent's motion to vacate the current stay of proceedings (Doc. 121); and (2) petitioner's unopposed motion for appointment of second counsel (Doc. 128).

On August 28, 2009, the court issued a stipulated stay of proceeding pursuant to <u>Rohan ex rel. Gates v. Woodford</u>, 334 F.3d 803 (9th Cir. 2003), based on petitioner's incompetence to proceed. In <u>Rohan</u>, the Ninth Circuit held that the statutory right to counsel in death penalty cases carried with it a right of competence to assist counsel. That holding was abrogated y the Supreme Court in <u>Ryan v. Gonzales</u>, 133 S.Ct. 696 (2013). In <u>Ryan</u>, the Court concluded that, "[w]here there is no reasonable hope of competence, a stay is inappropriate and

1

merely frustrates the State's attempts to defend its presumptively valid judgment." Id. at 709.  In the current case, petitioner concedes that there is no reasonable hope of regaining competence.  Therefore, in light of Ryan, the Rohan stay must be vacated.  Respondent's motion will be granted.

Petitioner seeks appointment of Michael R. Snedeker, Esq., as second counsel due to the recent resignation of prior lead counsel, Assistant Federal Defender Joseph Schlesinger, and staff shortages in the Federal Defender's Capital Habeas Unit.  The motion is unopposed and, good cause appearing therefor, will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion (Doc. 121) to vacate the August 28, 2009, stay of proceedings is granted;

2. The stay issued on August 28, 2009, is lifted; and

3. Petitioner's unopposed motion (Doc. 128) to appoint Michael R. Snedeker, Esq., as second counsel is granted.

DATED: September 8, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE