HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
HARRY SIMON, Bar #133112
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-6666
E-mail: harry_simon@fd.org

MICHAEL R. SNEDEKER, SB #62842
Snedeker, Smith and Short
4110 SE Hawthorne Blvd., PMB 422
Portland, OR 97214
Telephone: (503) 234-3584
E-mail: m.snedeker@comcast.net

Attorneys for Petitioner
JEFFREY G. JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY G. JONES,<br><br>          Petitioner,<br><br>     v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>          Respondent. | Case No.: 2:97-cv-02167-MCE-CMK<br><br>**DEATH PENALTY CASE**<br><br>**NOTICE OF SUBSEQUENT DEVELOPMENTS REGARDING OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |

On April 7, 2015, petitioner filed a motion to stay federal habeas proceedings pending the filing and resolution of his third state habeas petition. Doc. 125. On September 9, 2015, Magistrate Judge Kellison issued findings and recommendations for denial of petitioner's motion to stay proceedings pending resolution of Mr. Jones' third state petition. Doc. 138.

On October 14, 2015, petitioner filed his objections to those findings and recommendations. Doc. 143. On October 27, 2015, respondent filed his response to those objections. Doc. 144. The objections remain pending before this Court.

As reflected in the docket of petitioner's automatic appeal case, *People v. Jones*, California Supreme Court Case No. S009141, attached hereto as Exhibit 1: (1) on July 24, 2015, the state court received petitioner's third state petition for habeas corpus, submitted by his former federal habeas counsel, Joseph Schlesinger; (2) on September 9, 2015, the state court issued an order requiring letter briefing on the issue of whether the court could consider the petition given Mr. Schlesinger's relationship to the petitioner; (3) on September 18, 2015, the court received petitioner's third state petition, submitted by his current federal habeas attorney, Michael Snedeker, together with a letter from Mr. Schlesinger withdrawing the third state petition he had submitted on petitioner's behalf; and (4) on October 28, 2015, the California Supreme Court withdrew the petition submitted by Mr. Schlesinger and directed the clerk to file the petition and exhibits submitted by Mr. Snedeker.

As reflected in the docket of petitioner's third state habeas case, *In Re Jones*, California Supreme Court Case No. S230239, attached hereto as Exhibit 2: (1) the clerk thereafter filed the third state petition submitted by Mr. Snedeker, effective September 18, 2015; and (2) on October 29, 2015, the California Supreme Court requested informal briefing from the parties on the third state petition. Respondent is directed to file an informal response to the petition by November 30, 2015. This development belies the suggestion, made repeatedly by respondent in this case, that it is a foregone conclusion that the California Supreme Court will reject the third state petition on the merits and on

timeliness grounds. As petitioner has repeatedly argued, this Court should stay these proceedings to allow the California Supreme Court to proceed with the resolution of the third state petition.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 2, 2015

*/s/ Harry Simon*
HARRY SIMON
Assistant Federal Defender

Dated: November 2, 2015

*/s/Michael R. Snedeker*
MICHAEL R. SNEDEKER

Attorneys for Petitioner,
Jeffrey Gerard Jones

# EXHIBIT 1

Appellate Courts Case Information

CALIFORNIA COURTS
THE JUDICIAL BRANCH OF CALIFORNIA

Supreme Court

Change court

Court data last updated: 10/30/2015 10:52 AM

## Docket (Register of Actions)
### PEOPLE v. JONES (JEFFREY GERARD)
### Case Number S009141

| Date | Description | Notes |
|---|---|---|
| 02/22/1989 | Judgment of death | |
| 03/01/1989 | Filed certified copy of Judgment of Death Rendered | February 22, 1989 |
| 08/14/1989 | Order appointing State Public Defender filed | |
| 10/05/1989 | Application for Extension of Time filed | By Applt to request correction of Record. |
| 10/06/1989 | Extension of Time application Granted | To App To request corrections of the Record To 12-4-89. |
| 12/18/1989 | Application for Extension of Time filed | By Applt to request correction of the Record. |
| 12/20/1989 | Extension of Time application Granted | To Applt To 2-20-90 To request Corr. of Record. |
| 02/20/1990 | Application for Extension of Time filed | By Applt to request correction of the Record. |
| 02/23/1990 | Extension of Time application Granted | To Applt To 4-23-90 To request Corr. of Record. |
| 04/20/1990 | Application for Extension of Time filed | By Applt to request correction of Record. |
| 04/24/1990 | Extension of Time application Granted | To Applt To 6-22-90 To request Corr. of Record. |
| 06/15/1990 | Application | By Applt to request correction of Record. |

| | | |
|---|---|---|
| | for Extension of Time filed | |
| 06/18/1990 | Extension of Time application Granted | To Applt To 7-23-90 To request Corr. of Record. |
| 07/18/1990 | Application for Extension of Time filed | By Applt to request correction of Record. |
| 07/23/1990 | Extension of Time application Granted | To Applt To 8-22-90 To request Corr. of Record. |
| 08/20/1990 | Application for Extension of Time filed | By Applt to request correction of Record. |
| 08/23/1990 | Extension of Time application Granted | To Applt To 9-21-90 To request Corr. of Record. |
| 09/20/1990 | Application for Extension of Time filed | By Applt to request correction of Record. |
| 09/27/1990 | Extension of Time application Granted | To Applt To 10-22-90 To request Corr. of Record. |
| 10/22/1990 | Application for Extension of Time filed | By Applt to request correction of Record. |
| 10/23/1990 | Motion filed | By Applt to Suspend Automatic Appeal & to appoint Referee to determine Competency of Applt (30 Pp. Excluding Exhibits) |
| 11/28/1990 | Order filed: | Denying Applt's 10-23-90 motion to Suspend Appeal. |
| 11/30/1990 | Application for Extension of Time filed | By Applt to request correction of Record. |
| 12/05/1990 | Extension of Time application Granted | To Applt To 12-14-90 To request Corr. of Record. |
| 12/14/1990 | Note: | Applt's motion to correct Record filed in Superior Court this Date. |
| 04/24/1991 | Change of Address filed for: | State public Defender - Sacramento Office. |
| 09/23/1991 | Received: | Copy of Applt's Suppl request for correction & Completion of Record & request for Leave to Prepare Settled Statements (filed in Supr. Crt.) |
| 12/20/1991 | Filed: | Applt's Applic. for Leave to Prepare Settled Statement & request for Stay of certification of Record. |
| 01/09/1992 | Filed: | Response to Applt's Applic. for Leave to Prepare |

| | | |
|---|---|---|
| | | Settled Statment & request for Stay of certification of Record (5 Pp.) |
| 01/15/1992 | Filed: | Applt's reply to response to Applic. for Leave to Prepare Settled Statement Etc. (6 Pp.) |
| 03/19/1992 | Order filed: | The applicaiton for leave to file a settled statement and for stay of certification of the record on appeal is granted. Defendant shall, within 30 days of this order, file a proposed settled statement relating additional instances which are not reflected in the Reporter's Transcript in which defendant appeared to be asleep or had closed his eyes. Whether defendant actually was asleep and his degree of attentiveness on these or other occasions is not a proper subject for a settled statement. "The trial court will have broad discretion to accept or reject counsel's representations in accordance with its assessment of their credibility. [Citation.] However, it cannot refuse to make that assessment. It may decline to settle a statement only if, after resort to all available aids, including the judge's own memory and those of the other participants, it is affirmatively convinced of its inability to do so. [Citation.] In that case, its reasons should be stated on the record. [Citations.]" (People v. Gzikowski (1982) 32 Cal.3d 580, 585, fn.2.) |
| 04/05/1993 | Record on appeal filed | C-10 (2, 675 Pp.) Plus 21 Envelopes of Juror Questionnaires (3, 807 Pp.) and 6 Sealed Envelopes of Reports (401 Pp.); R-42 (10, 554 Pp.); Clerk's Transcript includes 3, 807 pages of Juror Questionnaires. |
| 04/05/1993 | Appellant's opening brief letter sent, due: | 5-17-93. |
| 05/11/1993 | Application for Extension of Time filed | To file Aob. |
| 05/14/1993 | Extension of Time application Granted | To 7-16-93 To file Aob. |
| 07/06/1993 | Application for Extension of Time filed | To file Aob. |
| 07/12/1993 | Extension of Time application Granted | To 9-14-93 To file Aob. |
| 09/03/1993 | Application for Extension of Time filed | To file Aob. |
| 09/10/1993 | Extension of Time application Granted | To 11-15-93 To file Aob. |
| 11/05/1993 | Application | To file Aob. |

| | for Extension of Time filed | |
|---|---|---|
| 11/09/1993 | Extension of Time application Granted | To 1-14-94 To file Aob. |
| 01/05/1994 | Application for Extension of Time filed | To file Aob. |
| 01/11/1994 | Extension of Time application Granted | To 3-15-94 To file Aob. |
| 03/17/1994 | Application for Extension of Time filed | To file Aob. |
| 03/22/1994 | Extension of Time application Granted | To 5-31-94 To file Aob. |
| 05/16/1994 | Application for Extension of Time filed | To file Aob. |
| 05/24/1994 | Extension of Time application Granted | To 8-1-94 To file Aob. |
| 07/26/1994 | Application for Extension of Time filed | To file Aob. |
| 07/28/1994 | Extension of Time application Granted | To 8-31-94 To file Aob. |
| 09/02/1994 | Extension of Time application Granted | To 9-7-94 To file Aob. |
| 09/07/1994 | Filed: | Applic. for Leave to file Oversize Aob. |
| 09/15/1994 | Order filed: | Granting Applt's request for Leave to file AOB Exceeding 200 Pp. in Length. |
| 09/15/1994 | Appellant's opening brief filed | (318 Pp.) |
| 09/28/1994 | Application for Extension of Time filed | To file Resp's brief. |
| 09/30/1994 | Extension of Time application Granted | To 12-14-94 To file Resp's brief. |
| 10/13/1994 | Received letter from: | State public Defender with attachments: Pp. 212 & 213 Inadvertently Omitted from Aob. |
| 12/05/1994 | Filed: | Request for Leave to file Resp's brief Exceeding |

| | | |
|---|---|---|
| | | 200 Pp. in Length (brief submitted Under Separate Cover). |
| 12/07/1994 | Order filed: | Granting Resp's request for Leave to file Resp's brief Exceeding 200 Pp. in Length. |
| 12/07/1994 | Respondent's brief filed | (206 Pp. Excluding Appendix) |
| 12/20/1994 | Application for Extension of Time filed | To file reply brief. |
| 12/23/1994 | Extension of Time application Granted | To 2-25-95 To file reply brief. |
| 02/16/1995 | Application for Extension of Time filed | To file reply brief. |
| 02/27/1995 | Extension of Time application Granted | To 4-26-95 To file reply brief. |
| 04/17/1995 | Application for Extension of Time filed | To file reply brief. |
| 04/24/1995 | Extension of Time application Granted | To 6-26-95 To file reply brief. |
| 06/20/1995 | Application for Extension of Time filed | To file reply brief. |
| 06/23/1995 | Extension of Time application Granted | To 7-26-95 To file reply brief. no further Extensions of time Are Contemplated. |
| 07/26/1995 | Appellant's reply brief filed | (63 Pp.) |
| 12/06/1995 | Related habeas corpus petition filed (concurrent) | by the State Public Defender; case no. S050483 |
| 01/08/1996 | Filed: | Applt's letter brief, dated 1-4-96, Re: Relevance of 9th Circuit Decision, Franklin V. Duncan. |
| 09/20/1996 | Letter sent to: | Counsel Advising case Could be Scheduled for Oral Argument as early as Nov. 1996 Calendar. |
| 10/30/1996 | Case Ordered on Calendar: | 12-3-96, 1:30pm, S.F. |
| 11/08/1996 | Received letter from: | Resp, dated 11-7-96, w/Addit. Auths (1 Pp.) |
| 11/18/1996 | Received letter from: | Resp, dated 11-18-96, w/Addit. Auths (1 Pp.) |

| | | |
|---|---|---|
| 11/26/1996 | Received letter from: | Applt, dated 11-26-96, w/Addit. Auths (3 Pp.) |
| 11/27/1996 | Filed: | Applt's Second Suppl letter brief, dated 11-25-96 (Perm.) (22 Pp.) |
| 11/27/1996 | Received letter from: | Resp, dated 11-27-96, Objecting to Submittal of Applt's letter brief, & requesting 15 Days from Date of filing to Respond, If it Is filed. |
| 11/27/1996 | Received letter from: | Resp, dated 11-26-96, w/Addit. Auths (1 Pp.) |
| 12/03/1996 | Cause Called and Argued (not yet submitted) | Respondent granted 15 days from 11-17-1996 (12-12-1996) to respond to appellant's 2nd Supplemental letter brief; Appellant is granted to 12-12-1996 to file additional argument regarding Fletcher v. Weir. Case will then be submitted. |
| 12/11/1996 | Filed: | Resp's response to Applt's Second Suppl letter brief (8 Pp.) |
| 12/12/1996 | Filed: | Applt's Suppl letter brief Re: Applicability of Fletcher V. Weir (6 Pp.) |
| 12/12/1996 | Motion filed | By Applt to Augment the Record or in the Alternative to Take Judicial Notice of Official Police Report. |
| 12/12/1996 | Submitted by order | |
| 02/25/1997 | Filed: | Amended "Exhibit A" to motion filed 12/12/96 |
| 03/10/1997 | Opinion filed: Judgment affirmed in full | Plurality Opinion by George, C.J. ----- joined by Baxter & Chin, JJ. C&D Opinion by Kennard, J. C&D Opinion by Werdegar, J. ----- joined by Brown, J. Dissenting Opinion by Mosk, J. |
| 03/25/1997 | Rehearing Petition filed by: | By Applt (22 Pp.) |
| 03/27/1997 | Time extended to consider modification or rehearing | to 6-23-97 |
| 04/30/1997 | Rehearing denied | Opinion Modified. Mosk, J. and Werdegar, J. Are of the Opinion the Petn should be Granted. |
| 04/30/1997 | Mod. of Opinion filed (no change in judgment) | |
| 04/30/1997 | Remittitur issued | |
| 05/05/1997 | Received: | Receipt for Remittitur. |
| 05/07/1997 | Order filed (150 day statement) | |
| 07/25/1997 | Received: | Notice from U.S.S.C. that Ext. Was granted to 8-28-97 to file Cert Petn. |
| 08/13/1997 | Application to stay execution | Appellant's application for stay of execution of sentence of death until final disposition of certiorari petition to United States Supreme Court (execution |

| Date | Event | Description |
|---|---|---|
| 08/27/1997 | Stay of execution order filed | Counsel for appellant represents that he will submit to United States Supreme Court a timely petition for writ of certiorari, seeking review of this court's decision affirming the judgment of death. Accordingly, the application for stay of execution is granted and execution of the judgment of death entered against appellant by the Sacramento County Superior Court, and affirmed by this court on 3-10-1997 (15 Cal.4th 119), is hereby stayed pending final determination of any timely filed petition for certiorari in the U.S.S.C. If a petition for writ of certiorari is not submitted within the time prescribed, this stay will terminate when the time for submitting such petition has expired. Votes: George C.J., Mosk, Kennard, Baxter, Werdegar, Chin & Brown JJ. |
| 09/08/1997 | Received letter from: | U.S.S.C. Advising Cert Petn Was filed on 8-28-97, & Placed on the Docket 9-3-97, as No. 97-5819. |
| 11/03/1997 | Certiorari denied by U.S. Supreme Court | |
| 12/05/2000 | Related habeas corpus petition filed (post-judgment) | by the Federal Public Defender for the Eastern District of California; case no. S093647 |
| 09/09/2015 | Order filed | On July 24, 2015, this court received a petition for a writ of habeas corpus submitted by Attorney Joseph Schlesinger, for filing on behalf of appellant Jones. The State Public Defender was appointed by this court to represent appellant for appellate, habeas corpus and executive clemency proceedings, and remains counsel of record. Attorney Schlesinger has not been appointed to represent Jones in this court, or, as far as has been indicated, in any other court, i.e., he is not federally-appointed counsel of record. Thus, it is not clear under what authority the court may accept the petition for filing. The State Public Defender, Attorney Schlesinger, and the Attorney General are directed to serve and file, within 21 days of the date of this order, simultaneous letter briefs addressing whether the petition can be properly filed. Responses may be served and filed within 14 days after the date of filing of the letter briefs. Werdegar, J., was absent and did not participate. |
| 09/18/2015 | Letter brief filed | Defendant and Appellant: Jeffrey Gerard Jones Attorney: California Appellate Project - SF by Attorney Joseph Schlesinger, "Response to Court Order and Notice of Withdrawal of Petition for Writ of Habeas Corpus" (4 pp.) |
| 09/18/2015 | Related habeas corpus | by Attorney Michael R. Snedeker; Case No. S230239 (Filed per the Court's order of October 28, 2015 in S009141) |

| | petition filed (post-judgment) | |
|---|---|---|
| 09/25/2015 | Letter brief filed | Plaintiff and Respondent: The People<br>Attorney: Attorney General - Sacramento Office<br>(3 pp.) |
| 09/29/2015 | Letter brief filed | Defendant and Appellant: Jeffrey Gerard Jones<br>Attorney: Office of the State Public Defender-Sac<br>by the Office of the State Public Defender (2 pp.) |
| 10/28/2015 | Order filed | At the request of Attorney Joseph Schlesinger, the "Petition for Writ of Habeas Corpus" received on July 24, 2015, is withdrawn, and the Clerk is directed to return it and the exhibits received on that date to Attorney Schlesinger. The Clerk is further directed to file (1) the "Petition for Writ of Habeas Corpus, " and (2) the "Exhibits in Support of Petition for Writ of Habeas Corpus, " received on September 18, 2015, submitted by Attorney Michael R. Snedeker. |

**Click here** to request automatic e-mail notifications about this case.

# EXHIBIT 2

Appellate Courts Case Information

CALIFORNIA COURTS
THE JUDICIAL BRANCH OF CALIFORNIA

Supreme Court

Change court

*Court data last updated: 10/30/2015 10:52 AM*

## Docket (Register of Actions)
### JONES (JEFFREY GERARD) ON H.C.
### Case Number S230239

| Date | Description | Notes |
| --- | --- | --- |
| 09/18/2015 | Petition for writ of habeas corpus filed | Petitioner: Jeffrey Gerard Jones Attorney: Michael R. Snedeker  (13,949 words; 47 pp.) |
| 09/18/2015 | Exhibit(s) filed | in support of petition for writ of habeas corpus (Volumes 1-3; Exhibits 1-18) |
| 09/18/2015 | Filed: | CD; electronic version of exhibits in support of petition for writ of habeas corpus (Volumes 1-3; Exhibits 1-18) |
| 10/29/2015 | Informal response requested | to second or successive petition; pursuant to rule 8.385(b) of the California Rules of Court, due November 30, 2015. The response is to be served upon petitioner and filed in this court on or before November 30, 2015. Petitioner will then have 30 days in which to serve and file a reply to the informal response. If service is by mail, the provisions of Code of Civil Procedure section 1013 are applicable. The informal response and any reply must not exceed 50 pages or 14,000 words if produced on a computer. A response or reply produced on a computer must include a certificate by counsel stating the number of words in the document. |

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy   © 2014
Judicial Council of California / Administrative Office of the Courts