IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY GERARD JONES,<br><br>Petitioner,<br><br>v.<br><br>RON BROOMFIELD,<br><br>Respondent. | No. 2:97-CV-2167-MCE-DMC<br><br><br><br>**DEATH PENALTY CASE**<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion, ECF No. 156, for reconsideration of the District Judge's March 30, 2016, order at ECF No. 148 denying Petitioner's motion for an order staying the case and holding further proceedings in abeyance pending resolution of ongoing proceedings in state court. Respondent has filed a statement of non-opposition to Petitioner's motion. See ECF No. 158. Respondent concedes that a stay-and-abeyance order is appropriate under Kelly v. Ryan, 564 F.3d 1133 (9th Cir. 2009) and Kelly v. Small, 315 F.3d 1063 (9th Cir. 2002).

Given the parties' agreement on the issue, and in light of intervening state court proceedings in which Petitioner has been declared permanently incompetent and resentenced to life without the possibility of parole, the Court recommends that Petitioner's unopposed motion be granted and that the District Judge enter a stay-and-abeyance order.

1

Based on the foregoing, the undersigned recommends that:

1. Petitioner's unopposed motion, ECF No. 156, for reconsideration of the District Judge's March 30, 2016, order be granted; and

2. The District Judge enter an order staying the case and holding further proceedings on the merits of any of Petitioner's claims in abeyance pending further order of the Court.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 1, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE