**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JEFFREY GERARD JONES,

Petitioner,

v.

RON BROOMFIELD,

Respondent.

No. 2:97-CV-2167-DJC-ICD

DEATH PENALTY CASE

ORDER

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 13, 2023, the Court granted Petitioner's motion for reconsideration, thus staying the action and holding further proceedings on the merits of any of Petitioner's claims in abeyance. ECF No. 166. Given that Petitioner has been declared permanently incompetent and resentenced to life without the possibility of parole through state court proceedings, the Court requests the parties submit status reports as to the current status of the case. See ECF No. 161. Each report must address the following:

1. Whether any ripe case or controversy exists which may be heard before this Court;
2. Whether any developments merit lifting the current stay, and if so, the nature of those developments;
3. Whether there exists any pending motion before this Court which should be addressed.

The parties are warned that failure to file a status report which addresses the issues set forth above may result in the imposition of appropriate sanctions, including dismissal of the action. See E.D. Cal. L.R. 110.

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's status report shall be filed and served within 30 days from the date of service of this order.

2. Respondent's status report shall be filed within 30 days after service of Plaintiff's status report.

Dated: October 2, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE