**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY GERARD JONES,<br>Petitioner,<br>v.<br>RON BROOMFIELD,<br>Respondent. | No. 2:97-CV-2167-DJC-ICD<br><br>DEATH PENALTY CASE<br>ORDER |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The parties have submitted status reports confirming that there are no ripe claims currently before this Court that may be adjudicated prior to the final resolution of Petitioner's state court proceedings. See ECF Nos. 170, 171. Accordingly, this Court will await the resolution of the state court action.

IT IS HEREBY ORDERED that the parties shall file a joint status report within **30 days** of the final resolution of the state court proceedings.

Dated: November 5, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE